138429

RECEIVED
BY MAIL
SEP 27 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1709 MJD/JGL **Case Title:** Craig Obbarius v. Connecticut General Life Insurance Company and Siemens Trans & Distribution

**Affidavit of Movant**

I, Brian L. Lindberg, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Daniel K. Ryan, an attorney admitted to practice in the Eastern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Connecticut General in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 286874 Date: 9/21/01

**Affidavit of Proposed Admittee**

I, Daniel K. Ryan, am currently a member in good standing of the U.S. District Court for the Eastern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Daniel K. Ryan Signature: [signature] Date: 9/24/01

Attorney License Number: 06196616

Law Firm Name & Address: Hinshaw & Culbertson
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601

Telephone: (312) 704-3000

Motion Granted: [signature] Date: SEP 28 2001
For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________