IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Craig Obbarius,<br><br>Plaintiff,<br><br>v.<br><br>Connecticut General Life Insurance Company, a foreign corporation, and Siemens Power Transmission and Distribution, L.L.C., a Delaware company,<br><br>Defendants. | ) | Court File No.: 01-1709 MJD/JGL<br><br>**ORDER** |

This matter came on before the Court, United States Magistrate Judge Jonathan G. Lebedoff presiding, by motion of Defendant Connecticut General Life Insurance Company.

Based on the arguments of counsel, the submissions of the parties, and all the files, records, and proceedings herein, the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint is hereby GRANTED in its entirety, and in all respects, and that Defendant Connecticut General Life Insurance Company shall have until October 3, 2001 to answer or otherwise respond to the Complaint of Plaintiff Craig Obbarius.

Dated OCT. 11, 2001

BY THE COURT:

The Honorable Jonathan G. Lebedoff
Magistrate Judge/United States District Court

HC26DS4/ 1011/ 26549938.v1 9/24/2001

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK