UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 700 Federal Building
316 North Robert Street
St. Paul, Minnesota 55101
Phone: 651-848-1100

# MOTION FOR ADMISSION PRO HAC VICE

Case Number: O:01cv1709 Case Title: Craig Obbarius v. Connecticut General Life Insurance Company and Siemens Power Transmission and Distribution LLC

Affidavit of Movant

I, Gregory J. Stenmoe, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit *pro hac* Dana L. Rust, an attorney admitted to practice in the Eastern District of Virginia, but not admitted to the bar of this court, who will be counsel for defendant in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 131155 | 3/20/02 |
| Signature | MN Attorney License # | Date |

Affidavit of Proposed Admittee

I, Dana L. Rust, am currently a member in good standing of the U.S. District Court for the Eastern District of Virginia, but not admitted to the bar of this court. I understand that if this Court grants me admission *pro hac vice*, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Dana Rust | [signature] | 3/17/02 |
| Type/Print Name | Signature | Date |

Attorney License Number: VA 28408
Law Firm Name & Address: McGuireWoods LLP
One James Center, 901 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1082

Motion Granted: [signature] MAR 22 2002
Date

For the Court: Richard D. Sletten, Clerk

MAR 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK