UNITED STATES DISTRICT COURT
District of Minnesota
Civil No. 01 - 1709 (MJD/JGL)

---

Craig Obbarius
Plaintiff

vs. ORDER

Connecticut General Life
Insurance Company, et al
Defendants

---

The above matter came on for hearing before the undersigned on June 11, 2002, upon the Motion of the Plaintiff to Amend the Complaint to Substitute Gail Obbarius as Representative of the deceased Plaintiff and to add a new count against the Defendant Siemens.

L.T. Merrigan of Merrigan, Brandt & Ostenso P.A. appeared for Plaintiff; Dana L. Rust of McGuire Woods appeared by telephone for Defendant Siemens and Brian J. Slovut of Hinshaw & Culbertson appeared for Defendant Connecticut General.

Neither Defendant opposed the motion of the Plaintiff.

The Motion of the Plaintiff is in all things hereby granted.

JONATHAN LEBEDOFF
Chief U. S. Magistrate Judge

JUN 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK