IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Gail Obbarius as Representative of Craig Obbarius (Deceased), | ) | Court File No.: 01-1709 MJD/JGL |
| Plaintiff, | ) | |
| v. | ) | **PROPOSED ORDER** |
| Connecticut General Life Insurance Company, a foreign corporation, and Siemens Power Transmission and Distribution, L.L.C., a Delaware company, | ) | |
| Defendants. | ) | |

Having considered the Stipulation to Extend Scheduling Order and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline for noticing, serving, filing and hearing dispositive motions between Connecticut General and plaintiff in the above-captioned lawsuit is hereby extended to April 1, 2003.

Dated this 7 day of Jan, 2003.

BY THE COURT:

Chief Magistrate Judge Jonathan Lebedoff
Chief Magistrate Judge of U.S. District Court

FILED 1-7-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______



121067086v1 806986

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Gail Obbarius as Representative of Craig Obbarius (Deceased),<br><br>Plaintiff,<br><br>v.<br><br>Connecticut General Life Insurance Company, a foreign corporation, and Siemens Power Transmission and Distribution, L.L.C., a Delaware company,<br><br>Defendants. | ) | Court File No.: 01-1709 MJD/JGL<br><br>**STIPULATION TO EXTEND SCHEDULING ORDER** |

Plaintiff Gail Obbarius and defendant Connecticut General Life Insurance Company ("Connecticut General"), by and through their respective attorneys, stipulate to entry of an Order extending by thirty-one (31) days the deadline for noticing, serving, filing and hearing dispositive motions by and between plaintiff and Connecticut General, stating as follows:

1. This action arises out of a claim for long term disability benefits under a group employee benefits plan sponsored by defendant Siemens Power Transmission and Distribution, L.L.C. ("Siemens"). The plan is governed by the Employee Retirement and Income Security Act of 1974, as amended ("ERISA").

2. In an effort to resolve the instant matter prior to the exchange of dispositive motions, Plaintiff and Connecticut General have been endeavoring to negotiate a mutually agreeable settlement. In response to Connecticut General's request, plaintiff issued a written demand by letter dated December 23, 2002. This is the first demand issued by plaintiff to Connecticut General since suit was filed.

3. Connecticut General is currently considering plaintiff's demand and working to formulate an appropriate response.

4. The Pretrial Order currently in place sets March 1, 2003 as the deadline for noticing, serving, filing and hearing dispositive motions.

5. Plaintiff and Connecticut General agree that it would be in the best interests of plaintiff and Connecticut General, and judicial resources, to request that the Court extend this deadline by thirty-one (31) days to allow plaintiff and Connecticut General the opportunity to continue to focus on settlement negotiations in good faith prior to an exchange of cross-motions for summary judgment. The parties trust that the Court will consider this sufficient cause to order the requested extension.

6. Plaintiff and Connecticut General therefore respectfully request that this Court extend the existing deadline for dispositive motions for thirty-one (31) days, setting a new deadline of April 1, 2003 for such motions by and between Connecticut General and plaintiff.

7. Counsel for Connecticut General has discussed the terms of this Stipulation with counsel for Siemens, Dana Rust, Esq. Mr. Rust has no objection to this Stipulation, inasmuch as the deadline for dispositive motions made against Siemens remains March 1, 2003.

7. This stipulation is not being made for the purposes of delay, but rather to provide for an opportunity to further pursue the possibility of settlement.

WHEREFORE, plaintiff and Connecticut General respectfully and jointly request that this Court enter an order extending the dispositive motion deadline for such motions between Connecticut General and plaintiff to April 1, 2003, and for such other and further relief as this Court deems just and proper in the premises.

Dated: January 3, 2003

**HINSHAW & CULBERTSON**

Brian L. Lindberg Reg. No. 286874
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 333-3434

Daniel K. Ryan, admitted *pro hac vice*
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000

**Attorneys for Defendant Connecticut General Life Insurance Company**

Dated: January 6, 2003

**MERRIGAN, BRANDT & OSTENSO, P.A.**

L.T. (Mike) Merrigan Reg. No. 72084
25 Ninth Avenue North
P.O. Box 458
Hopkins, Minnesota 55343
(952) 933-2390

**Attorneys for Plaintiff**



121067086v1 806986