UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gail Obbarius as Representative of Craig Obbarius, Deceased

Plaintiff,

vs.

Connecticut General Life Insurance Company, A Foreign Corporation, and Siemens Power Transmission & Distribution, LLC, a Delaware Company

Defendant.

Civil File No. 01-1709 (MJD/JGL)

**ORDER**

Having considered the Stipulation to Extend Scheduling Order and good cause appearing therefore,

**IT IS HEREBY ORDERED** that deadline for noticing, serving, filing and hearing dispositive motions between Defendant Siemens Power and Transmission & Distribution, Inc. and Plaintiff, Gail Obbarius, as Representative of Craig Obbarius, in the above-captioned matter is hereby extended to March 31, 2003 as stipulated.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Feb. 10, 2003

Chief Magistrate Judge Jonathan Lebedoff
Chief Magistrate Judge of the U.S. District Court

FILED FEB 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK