UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gail Obbarius as Representative of Craig Obbarius, Deceased

Plaintiff,

vs.

Connecticut General Life Insurance Company, A Foreign Corporation, and Siemens Power Transmission & Distribution, LLC, a Delaware Company

Defendant.

Civil File No. 01-1709 (MJD/JGL)

**PROPOSED ORDER**

Having considered the Stipulation to Extend Scheduling Order and good cause appearing therefore,

**IT IS HEREBY ORDERED** that deadline for noticing, serving, filing and hearing dispositive motions between Defendant Siemens Power and Transmission & Distribution, Inc. and Plaintiff, Gail Obbarius, as Representative of Craig Obbarius, in the above-captioned matter is hereby extended to April 15, 2003 as stipulated.

Dated: March 13, 2003

Chief Magistrate Judge Jonathan Lebedoff
Chief Magistrate Judge of the U.S. District Court

FILED 3-13-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| GAIL OBBARIUS AS REPRESENTATIVE OF CRAIG OBBARIUS, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY, A FOREIGN CORPORATION, AND SIEMENS POWER TRANSMISSION & DISTRIBUTION, LLC, A DELAWARE COMPANY<br><br>Defendants. | Civil File No. 01-1709 MJD/JGL<br><br>**STIPULATION TO EXTEND SCHEDULING ORDER** |

Plaintiff Gail Obbarius and Defendant Siemens Power Transmission & Distribution, Inc. (incorrectly named as Siemens Power Transmission and Distribution, L.L.C.), ("Siemens"), by and through their respective attorneys, stipulate to entry of an Order extending by fifteen (15) days the deadline for noticing, serving, filing and hearing dispositive motions by and between Plaintiff and Siemens Power Transmission & Distribution, Inc., stating as follows:

1. This Court's April 3, 2002 scheduling order provided that all dispositive motions must be noticed, served, filed, and heard prior to March 1, 2003.

2. Defendant Siemens Power Transmission & Distribution, Inc. promptly briefed and filed its Motion for Summary Judgment, along with Plaintiff's own Motion for Summary Judgment, on Jan. 16, 2003.

3. On the date of filing, this Court had no available hearing dates for the summary judgment argument until March 28, 2003, which is after the dispositive deadline.

4. Counsel jointly agreed to extend the dispositive motion deadline through March 31, 2003 solely for the purpose of conducting oral argument on Defendant Siemens' and Plaintiff Gail Obbarius' Motions for Summary Judgment within the Court's available hearing dates.

5. On February 10, 2003, Chief Magistrate Judge Jonathan Lebedoff, having considered the Stipulation to Extend Scheduling Order and good cause appearing therefore, entered an Order extending the deadline for noticing, serving, filing and hearing dispositive motions between Defendant Siemens Power Transmission & Distribution, Inc. and Plaintiff, Gail Obbarius to March 31, 2003 as stipulated.

6. On February 12, 2003, United States District Judge Michael J. Davis, entered an Order of Referral designating Judge Lebedoff to conduct hearings on all non-dispositive and dispositive motions, including motions for summary judgment. The Order of Referral stipulated that any such motions shall be noticed for hearing before Magistrate Judge Jonathan G. Lebedoff.

7. Upon receipt of the Order of Referral, counsel for Siemens Power Transmission and Distribution, Inc. contacted the calendar clerk for Judge Lebedoff to notice for hearing Defendant Siemens Power Transmission & Distribution, Inc.'s motion for summary judgment.

8. Judge Lebedoff was not available for hearing on March 28, 2003 and Defendant Siemens Power Transmission & Distribution Inc.'s motion for summary judgment was set for hearing on April 8, 2003, which is after the March 31, 2003 dispositive deadline.

9. Counsel jointly agrees to extending the dispositive motion deadline through April 15, 2003 solely for the purpose of conducting oral argument on Defendant Siemens' and Plaintiff Gail Obbarius' Motions for Summary Judgment within the Court's available hearing dates.

WHEREFORE, the parties, by and through their attorneys, respectfully and jointly request that this Court enter an order extending the dispositive motion deadline for such motions between Defendant Siemens Power Transmission & Distribution, Inc. and Plaintiff Gail Obbarius to April 15, 2003.

SIEMENS POWER TRANSMISSION &
DISTRIBUTION, INC.

Dana L. Rust (VA 28408 - Admitted *Pro Hac Vice*)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

804-775-1082
804-698-2158 (fax)

Gregory J. Stenmoe, Esq. (#131155)
Briggs and Morgan
2400 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2157
(612) 334-8448
(612) 334-8650 (fax)

GAIL OBBARIUS AS REPRESENTATIVE
OF CRAIG OBBARIUS

L. T. Merrigan, Esq.
Merrigan, Brandt & Ostenso, P. A.
25 Ninth Avenue North
P. O. Box 458
Hopkins, MN 55343-0458
Attorney for the Plaintiff