IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Gail Obbarius as Representative of Craig Obbarius (Deceased), Plaintiff, v. Connecticut General Life Insurance Company, a foreign corporation, and Siemens Power Transmission and Distribution, L.L.C., a Delaware company, Defendants. | ) | Court File No.: 01-1709 MJD/JGL<br><br>**PROPOSED ORDER** |

Having considered the Stipulation to Extend Scheduling Order and Request for Settlement Conference and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for noticing, serving, filing and hearing dispositive motions between Connecticut General and plaintiff in the above-captioned lawsuit is hereby extended to July 1, 2003.

Dated this 18 day of ~~Apr~~ March, 2003.

BY THE COURT:

Chief Magistrate Judge Jonathan Lebedoff
Chief Magistrate Judge of U.S. District Court

FILED 3-19-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______



12106867v1 806986