**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

GAIL OBBARIUS AS REPRESENTATIVE OF CRAIG OBBARIUS, DECEASED

Plaintiff,

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY, A FOREIGN CORPORATION, AND SIEMENS POWER TRANSMISSION & DISTRIBUTION, LLC, A DELAWARE COMPANY

Defendants.

Civil File No. 01-1709 MJD/JGL

**PARTIAL DISMISSAL ORDER**

Plaintiff Gail Obbarius and defendant Siemens Power Transmission & Distribution, Inc. ("Siemens"), having stipulated pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that all claims asserted against Siemens in the above entitled action, be dismissed with prejudice, it is hereby ORDERED that all claims against Siemens that were raised or could have been raised, be and hereby are DISMISSED WITH PREJUDICE, Plaintiff and Siemens to bear their own costs, expenses and attorneys fees. Nothing herein shall affect Plaintiffs claims against defendant Connecticut General Life Insurance Company.

Let the Clerk send a copy of this Order to counsel of record.

ENTERED: 6/04/03

Michael J. [signature]

United States District Judge

JUN 05 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

We ask for this:

Dana L. Rust
McGuireWoods LLP
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1082
(804) 698-2158 (fax)

Counsel for Defendant (Siemens Power Transmission & Distribution LLC

L.T. Merrigan
Merrigan, Brandt & Ostenso, P.A.
25 Ninth Avenue North
P. O. Box 458
Hopkins, Minnesota 55343-0458
(952) 933-2390
(952) 933-3451

Counsel for Plaintiff