**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gail Obbarius as Representative of Craig Obbarius (Deceased),

Plaintiff,

v.

Connecticut General Life Insurance Company, a foreign corporation,

Defendant.

Civil File No. 01-1709 (MJD/JGL)

**ORDER**

---

Lloyd T. Merrigan and Thomas K. Cambre, Merrigan, Brandt Ostenso, P.A. for Plaintiff.

Brian L. Lindberg, Hinshaw & Culbertson, Daniel K. Ryan (pro hac vice) for Defendant.

---

The above-entitled matter comes before the Court upon Plaintiff's objections to the Report and Recommendation of Chief United States Magistrate Judge Jonathan Lebedoff, dated August 19, 2003.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. ' 636(b)(1); Local Rule 72.1(c). Plaintiff argues that the Magistrate Judge:

1. Erred in applying a deferential standard of review when examining the claim administrator's decision; and
2. Incorrectly evaluated evidence that was before the claim administrator.



FILED OCT - 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court has reviewed the applicable law and finds the Magistrate Judge applied the correct standard. Based on this Court's review of the record, the Court **ADOPTS** the Report and Recommendation dated August 19, 2003.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1. Defendant's Motion for Summary Judgment [Docket no. 65] is **GRANTED**; and

2. Plaintiff's Motion for Summary Judgment [Docket no. 69] is **DENIED**.

Date: 10-6-03

Michael J. Davis
United States District Court Judge