**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

---

Gail Obbarius as Representative of Craig Obbarius (Deceased),

Plaintiff/Appellant,

Civil File No. 01-1709 (MJD/JGL)

vs.

**NOTICE OF APPEAL**

Connecticut General Life Insurance Company, a foreign corporation,

Defendant/Respondent.

---

Notice is hereby given that Gail Obbarius as Representative of Craig Obbarius, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from an Order granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment, entered in this action on the 7th day of October, 2003.

Dated: November 4, 2003

**MERRIGAN, BRANDT & OSTENSO, P.A.**

By: L.T. Merrigan

L.T. (Mike) Merrigan, #72084
Thomas K. Cambre, #166686
Attorneys for Plaintiff
25 Ninth Avenue North
P.O. Box 458
Hopkins, MN 55343
(952) 933-2390

FILED NOV 0 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK