# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3818

| | | |
|---|---|---|
| Gail Obbarius, as Representative of Craig Obbarius (Deceased), | * | |
| Appellant, | * | Appeal from the United States District Court for the District of Minnesota |
| v. | * | 01-CV-1709 MJD/JGL |
| Conncticut General Life Insurance Company, a foreign corporation, | * | |
| Appellee. | * | |

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

(5359-010199)

April 16, 2004

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans